**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    GLENN E. NASK, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 16-12798 ELF |

## O R D E R

**AND NOW**, following a colloquy with Debtor's counsel regarding the objection to confirmation of Nationstar Mortgage, LLC;

**AND**, the Debtor's counsel representing that the Debtor intends to file an adversary complaint asserting claims that, if successful, would result in the court overruling the Objection and confirming a chapter 13 plan;

It is therefore **ORDERED** that:

1. Any amended plan consistent with the rehabilitation strategy articulated by the Debtor's counsel in court on **August 30, 2016** shall be filed **on or before September 13, 2016**.

2. The Debtor shall file any adversary proceeding or objection to claim necessary to render his proposed plan confirmable **on or before September 13, 2016**.

3. Failure to comply with the foregoing deadlines may result in the sua sponte dismissal of this case under 11 U.S.C. §1307(c) at the next confirmation hearing.

4. Nothing in this order shall relieve the Debtor of his evidentiary burdens in opposing the pending Motion for Relief from the Automatic Stay filed by Nationstar scheduled for a hearing on **September 8, 2016**.

Date: August 30, 2016

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE