United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Glenn E. Nask  
    Debtor

Case No. 16-12798-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Aug 30, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.
db    +Glenn E. Nask,   425 Ivy Drive,   Oxford, PA 19363-3937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:

    JOSEPH F. CLAFFY   on behalf of Debtor Glenn E. Nask claffylaw@gmail.com, claffylaw@aol.com  
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage, LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investme pa-bk@logs.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

    TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | GLENN E. NASK, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 16-12798 ELF |

# O R D E R

**AND NOW**, following a colloquy with Debtor's counsel regarding the objection to confirmation of Nationstar Mortgage, LLC;

**AND**, the Debtor's counsel representing that the Debtor intends to file an adversary complaint asserting claims that, if successful, would result in the court overruling the Objection and confirming a chapter 13 plan;

It is therefore **ORDERED** that:

1. Any amended plan consistent with the rehabilitation strategy articulated by the Debtor's counsel in court on **August 30, 2016** shall be filed **on or before September 13, 2016**.

2. The Debtor shall file any adversary proceeding or objection to claim necessary to render his proposed plan confirmable **on or before September 13, 2016**.

3. Failure to comply with the foregoing deadlines may result in the sua sponte dismissal of this case under 11 U.S.C. §1307(c) at the next confirmation hearing.

4. Nothing in this order shall relieve the Debtor of his evidentiary burdens in opposing the pending Motion for Relief from the Automatic Stay filed by Nationstar scheduled for a hearing on **September 8, 2016**.

Date: August 30, 2016

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**