**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

IN RE: GLENN E. NASK        :        CHAPTER 13
                            :
                            :        16-12798 elf

## CERTIFICATION OF SERVICE

      I certify that I have this 14th day of September, 2016, I have served a copy of the Debtor's First Amended Chapter 13 Plan, by U.S. Mail Postage Prepaid or Via ECF upon :

All Creditors and Interested Parties

and by electronic transmission upon the following parties:

William C. Miller
Standing Chapter 13
Trustee

| Office of the U.S. Trustee | Joseph F. Claffy, Esq.___833 |
|---|---|
| Chestnut Street, Suite 500 | JOSEPH F. CLAFFY, ESQUIRE |
| Phila., PA 19106-01119 | Attorney I.D. # 35142 |
| | 26 S. Church Street |
| | West Chester, PA |
| | 19382 610-429-0900 |
| | Attorney for Debtor |