UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Glenn E. Nask,<br>        Debtor.<br><br>Nationstar Mortgage LLC as servicer for The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3,<br>        Movant,<br>v.<br><br>Glenn E. Nask,<br>        Respondent/Debtor,<br><br>William C. Miller<br>        Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-12798/ELF |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

      Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3's Objection to Confirmation of Chapter 13 Plan filed with the Court on June 3, 2016.

                                                                  Respectfully submitted,

Dated: April 17, 2017                                 BY:/s/ Kevin S. Frankel
                                                           Kevin S. Frankel, Esquire
                                                           Shapiro & DeNardo, LLC
                                                           3600 Horizon Drive, Suite 150
                                                           King of Prussia, PA 19406
                                                           (610)278-6800/ fax (847) 954-4809
S&D File #:16-053175                               PA BAR ID #318323
                                                           pabk@logs.com