**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

:CHAPTER 13
:CASE NO. 16-12798 elf

IN RE: GLENN E. NASK
                    DEBTOR

## CERTIFICATION OF SERVICE/MAILING CHAPTER 13 AMENDED PLAN

I, Joseph F. Claffy, Esq., hereby certify that on the 14th day of April, 2017 I did serve a true and correct copy of the Debtor's Second Amended Chapter 13 Plan via U.S. Mail or ECF upon all secured and priority creditors, trustees and interested parties:

U.S. Trustee via ECF

William C. Miller
P.O. Box 40119
Philadelphia, PA 19106-0119 VIA ECF

All interested parties and creditors via US MAIL.

DATE: April 14th, 2017
/s/ Joseph F. Claffy, Esq. 35142
26 S. Church St.
West Chester, PA 19382
610-429-0900