United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Glenn E. Nask  
    Debtor

Case No. 16-12798-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 2      Date Rcvd: Sep 27, 2017  
                    Form ID: pdf900      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.

```
db            +Glenn E. Nask,    425 Ivy Drive,    Oxford, PA 19363-3937
cr            +Nationstar Mortgage, LLC,    c/o Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,
                PO Box 17933,    San Diego, Ca 92177-7921
cr            +Nationstar Mortgage, LLC as servicer for The Bank,    c/o Kevin S. Frankel,
                Shapiro & DeNardo, LLC,    3600 Horizon Boulevard,    Suite 150,
                King of Prussia, Pa 19406-4702
13712848     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
13712850      +McCabe Weisburg & Conway,    123 South Broad St,    Suite2080,    Philadelphia, PA 19109-1060
13712852     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13712854      +SunTrust,    1001 Semmes Ave,    Richmond, VA 23224-2245
13753878      +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,
                Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: bankruptcy@phila.gov Sep 28 2017 01:32:47    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 01:32:14
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2017 01:32:45    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13712849      E-mail/Text: mrdiscen@discover.com Sep 28 2017 01:31:59    Discover Financial Services,
                POB 15316,    Wilmington, DE 19850
13738086     +E-mail/Text: mrdiscen@discover.com Sep 28 2017 01:31:59    Discover Bank,
                Discover Products Inc,    POB 3025,    New Albany OH 43054-3025
13712851     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 01:32:32    Midland Credit Management,
                8875 Aero Drive,    San Diego, CA 92123-2255
13712853      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:41:23
                Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502
                                                                                            TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
                                                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:

```
          JOSEPH F. CLAFFY    on behalf of Plaintiff Michelle E Nask claffylaw@gmail.com,
            claffylaw@aol.com;claffylawecf@gmail.com
          JOSEPH F. CLAFFY    on behalf of Debtor Glenn E. Nask claffylaw@gmail.com,
            claffylaw@aol.com;claffylawecf@gmail.com
          JOSEPH F. CLAFFY    on behalf of Plaintiff Glenn E. Nask claffylaw@gmail.com,
            claffylaw@aol.com;claffylawecf@gmail.com
```

```
District/off: 0313-2          User: Antoinett             Page 2 of 2                  Date Rcvd: Sep 27, 2017
                              Form ID: pdf900             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investme pa-bk@logs.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com
    THOMAS I. PULEO    on behalf of Defendant    Bank of New York Mellon f/k/a The Bank of New York as successor trustee of SAMI II 2006 AR-3 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                             TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GLENN E. NASK | Chapter 13 |
| Debtor | Bankruptcy No. 16-12798-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: September 27, 2017**

                                            Eric L. Frank
                                            ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382


Debtor:
GLENN E. NASK

425 IVY DRIVE

OXFORD, PA 19363